UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAMES O. MCCASH,

    Plaintiff,

v.                                                  Case No. 2:12-cv-29
                                                  HON. R. ALLAN EDGAR

CHARLES MUNIZ,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

On May 10, 2013, the Court issued an order setting this matter for a settlement conference on May 16, 2013, at 9:30 a.m. The parties and trial counsel were ordered to appear for the settlement conference in person. On the day and time of the settlement conference, plaintiff and plaintiff's trial counsel appeared in person. Trial counsel for defendant appeared in person. Defendant Charles Muniz failed to appear for the settlement conference. Accordingly, the parties were ordered to file a proposed judgment. The parties filed a proposed judgment on May 23, 2013 (Docket #83). Defendant was given fourteen (14) days following the filing of that proposed judgment to file any objections. The deadline for filing objections has passed, and defendant Muniz has not filed any objections. Therefore, it is recommended that the Court enter the proposed judgment (Docket #83).

NOTICE TO PARTIES: Objections to this Report and Recommendation must be served on opposing parties and filed with the Clerk of the Court within fourteen (14) days of receipt of this Report and Recommendation. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); W.D. Mich.

LCivR 72.3(b).  Failure to file timely objections constitutes a waiver of any further right to appeal. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  *See also Thomas v. Arn*, 474 U.S. 140 (1985).

       /s/ Timothy P. Greeley
       TIMOTHY P. GREELEY
       UNITED STATES MAGISTRATE JUDGE

Dated: June 14, 2013