UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAMES O. McCASH,

        Plaintiff,                  Case No. 2:12-cv-29

v.                                          Honorable R. Allan Edgar

CHARLES MUNIZ,

        Defendant.
_____/

## ORDER

      U.S. Magistrate Judge Timothy P. Greeley entered a Report and Recommendation ("R&R") in this case on June 14, 2013, in which he recommended that the Court enter the proposed judgment [Doc. No. 83]. Doc. No. 85. Magistrate Judge Greeley had ordered the parties to file the proposed judgment after Defendant failed to appear for a settlement conference. No objections have been filed to the R&R. Accordingly, the Court APPROVES and ADOPTS Magistrate Judge Greeley's R&R [Doc. No. 85] as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1) and W.D. Mich. L. Civ. R. 72.3(b). The Court will therefore enter the proposed judgment filed by the parties [Doc. No. 83]. The Court notes that the proposed judgment contained a clerical error on the second page, which the Court has corrected. A judgment consistent with this Order will be entered.

      SO ORDERED.

Dated: 7/3/2013                                         /s/ R. Allan Edgar
                                                     R. ALLAN EDGAR
                                                     UNITED STATES DISTRICT JUDGE